## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

SHUNNA CRAFT, on behalf of herself and
All other similarly situated consumers,

      Plaintiff,

     v.                                                            CASE NO.: 3:16-cv-00357-JLH

CONSOLIDATED RECOVERY SYSTEMS,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 16, 2017

| For Plaintiff Shunna Craft | For Defendant Consolidated Recovery Systems |
|---|---|
| */s/ Daniel Zemel*<br>Daniel Zemel<br>Zemel Law, LLC<br>78 John Miller Way, Suite 430<br>Kearny, NJ 07032<br>dz@zemellawllc.com | */s/ R. Alan Pritchard*<br>R. Alan Pritchard<br>Law Office of Alan Pritchard, PLLC<br>5384 Poplar Ave, Suite 333<br>Memphis, TN 38119<br>contact@alanpritchardlaw.com |

1

## **CERTIFICATE OF SERVICE**

    I certify that on November 16, 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Daniel Zemel*
                                            Daniel Zemel
                                            **Zemel Law, LLC**
                                            78 John Miller Way, Suite 430
                                            Kearny, NJ 07032
                                            *Attorneys for Plaintiff*